```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0087--CR (JKS)
              "USA V ANDREW DAVID GONZALES"
              DEF 1.1 GONZALES, ANDREW DAVID

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:  06/17/04
            Closed:  11/09/05
 No. of Defendants:  1
    MJ Case Number:  A04-0173--MJ
               AKA:
   Location status:  Released on Bond
        Trial date:
        Terminated:  YES
  Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Audrey J. Renschen
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 GONZALES, ANDREW DAVID

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:2252A(a)(1) & (b)(1) TRANSPORTATION OF CHILD PORNOGRAPHY (F) | Dismissed (77-1) |
| 1 -   1 IND | 2 | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Dismissed (77-1) |
| 1 -   1 IND | 3 | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Dismissed (77-1) |
| 1 -   1 IND | 4 | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Dismissed (77-1) |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
                            "USA V ANDREW DAVID GONZALES"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 06/17/04
            Closed: 11/09/05
No. of Defendants: 1


Document #    Filed      Docket text

      1 -  1  06/17/04   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1  06/18/04   [Re: DEF 1] Issued WOA.

      2 -  1  06/18/04   [Re: DEF 1] AHB Grand Jury Minutes, no bail set (detention 18:3142), set
                         for ARR & notifiy USM, in Federal custody, ACCE.

      3 -  1  06/18/04   [Re: DEF 1] PLF 1 motion for arrest warrant.

      4 -  1  06/18/04   [Re: DEF 1] AHB Order granting motion for arrest warrant (3-1). cc: USA,
                         USM, USPO

  NOTE -  2  06/22/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/18/04.

  NOTE -  3  06/22/04   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act ddln forwarded to chambers.

      5 -  1  06/22/04   [Re: DEF 1] USM Return of WOA executed at Anchorage, AK on 6/18/04.

      6 -  1  06/24/04   DEF 1 Attorney Appearance of K. McCoy (FPD).

      7 -  1  06/25/04   DEF 1 motion on shortened time to vacate detention hrg and consent to
                         entry of detention order w/att aff.

      8 -  1  06/28/04   [Re: DEF 1] AHB Order granting motion on shortened time to vacate
                         detention hrg (7-1). cc: USA, FPD, USM, USPO

      9 -  1  06/28/04   [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

     10 -  1  06/28/04   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] re Arr on Indt hld
                         6/23/04; K. McCoy apptdl def pled not guilty; def detained; det hrg set
                         for 6/28/04 at 3:00 p.m.; PTM's due 7/12/04; oppos due 7/19/04; cnsl
                         advised of trial date 8/16/04. cc: USA, FPD, USM, USPO, Judge Singleton

     11 -  1  06/28/04   [Re: DEF 1] Financial Affidavit.

     12 -  1  06/28/04   [Re: DEF 1] AHB Order of Detention Pending Hearing set for 6/28/04 at
                         3:00 p.m. cc: USA, FPD, USM, USPO

     13 -  1  06/28/04   [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                         confer by 6/30/04; PTM's due 7/12/04. cc: USA, FPD

     14 -  1  07/01/04   [Re: DEF 1] PLF 1 Discovery conference certificate.

     15 -  1  07/06/04   [Re: DEF 1] JKS Minute Order setting TBJ 08/16/04 at 9:00 a.m. for and
                         FPTC for 08/13/04 at 11:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC

     16 -  1  07/12/04   DEF 1 Unopposed motion on shortened time to ext pmts 7 days w/att aff.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
                                  "USA V ANDREW DAVID GONZALES"
────────────────────────────────────────────────────────────────────────────────
                                     For all filing dates
────────────────────────────────────────────────────────────────────────────────


Document #   Filed      Docket text
─────────────────────────────────────────────────────────────────────────────

   17 -  1   07/13/04   [Re: DEF 1] AHB Minute Order granting in part motion Unopposed motion on
                        shortened time to ext pmts 7 days (16-1); ptms due 3:00 p.m., 7/16/04;
                        oppos due 3:00 p.m., 7/23/04; any hrg evid/otherwise set 2:00 p.m.,
                        7/26/04.  cc: USA, FPD

   18 -  1   07/16/04   DEF 1 motion to suppress evidence derived from state court search
                        warrant 02-116 SW w/att.

   19 -  1   07/22/04   DEF 1 Errata re: DEF 1 motion to suppress evidence derived from state
                        court search warrant 02-116 SW (18-1).

   20 -  1   07/22/04   DEF 1 Errata re: DEF 1 motion to suppress evidence derived from state
                        court search warrant 02-116 SW (18-1) w/att.

   21 -  1   07/23/04   DEF 1 Unopposed motion on shortened time to continue trial by 45 day
                        w/att aff.

   22 -  1   07/23/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        derived from state court search warrant 02-116 (18-1).

   23 -  1   07/23/04   {SEALED}

   24 -  1   07/26/04   DEF 1 Request for Oral Argument re: DEF 1 motion to suppress evidence
                        derived from state court search warrant 02-116 SW (18-1).

   25 -  1   07/26/04   [Re: DEF 1] JKS Minute Order setting hrg on unopposed mot on shortened
                        time to cont trial by 45 for 07/30/04 at 4:00 p.m. cc: USA, FPD, USM,
                        UPSO, MJ Branson, JC

   26 -  1   07/27/04   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of evid hrg on mot to
                        suppress (held 7/26/04) taking under advisement motion to suppress
                        evidence derived from state court search warrant 02-116 SW (18-1).  cc:
                        USA, FPD, USM, PO

   27 -  1   08/02/04   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] granting unoppo
                        mot on shortened time to cont trial by 45 days (21-1); FPTC set for
                        08/13/04 vacated and reset for 09/23/04 at 1:30 p.m.; TBJ set for
                        08/16/04 vacated and reset for 10/04/04 at 9:00 a.m. cc: USA, FPD, USM,
                        USPO, MJ Branson, JC

   28 -  1   08/02/04   [Re: DEF 1] JKS Order of excludable delay 3161(h)(8)(B)(i) & (iv) T
                        Code.

   29 -  1   08/02/04   Initial R&R recommends GRANTING re: DEF 1 motion to suppress evidence
                        derived from state court search warrant 02-116 SW w/att. (18-1).
                        Objections due 08/16/04. Reply due 08/27/04. cc: USA, FPD, Judge
                        Singleton

   30 -  1   08/16/04   [Re: DEF 1] PLF 1 objection to R&R re: DEF 1 motion to suppress evidence
                        derived from state court search warrant 02-116 SW  (18-1).

   31 -  1   08/27/04   DEF 1 reply to objection to R&R re: DEF 1 motion to suppress evidence
                        derived from state court search warrant 02-116 SW w/att. (18-1).

   32 -  1   08/31/04   Final R&R declines to modify initial R&R re: DEF 1 motion to suppress
                        evidence derived from state court search warrant 02-116 SW (18-1);
                        matter forwarded to trial judge for determination.  cc: USA, FPD, Judge
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
                           "USA V ANDREW DAVID GONZALES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Singleton |
| 33 - 1 | 09/08/04 | [Re: DEF 1] JKS Order approving R&R; granting mot to suppress evidence derived from state crt search warrant 02-116 SW (18-1); govt to file rpt by 9/15/04 re: how case will proceed. cc: USA, FPD, MJ Branson |
| 34 - 1 | 09/15/04 | [Re: DEF 1] PLF 1 motion for reconsideration of crt's ruling on suppression. |
| 35 - 1 | 09/17/04 | [Re: DEF 1] JKS Minute Order denying motion for reconsideration of crt's ruling on suppression (34-1); FPTC RESET to 10/4/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 36 - 1 | 09/20/04 | DEF 1 motion for order establishing conditions of rls pending 10/4/04 hrg (shortened time) w/att aff. |
| 37 - 1 | 09/21/04 | [Re: DEF 1] AHB Order setting hrg re: motion for order establishing conditions of rls pending 10/4/04 hrg (shortene (36-1); hrg set 2:00 p.m., 9/23/04.  cc: USA, FPD, USM, PO |
| 38 - 1 | 09/23/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for order establishing conditions of rls pending 10/4/04 hrg (shortened time) (36-1). |
| 39 - 1 | 09/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] of hrg on mot for order establishing conds of release pending 10/4/04 hrg (36-1) (held 9/23/04); hrg cont to 4:00 p.m., 9/24/04; OFF RECORD 4:00 p.m. 9/24/04 VACATED and RESET to 2:00 p.m. 9/24/04.  cc: USA, FPD, USM, PO |
| 40 - 1 | 09/27/04 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO |
| 41 - 1 | 09/27/04 | [Re: DEF 1] CY of AHB Order of Release (original to USM by ECR).  cc: USA, FPD, USM,PO |
| 42 - 1 | 09/27/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of cont hrg on mot for order establishing conditions of rls pending 10/4/04 hrg (held 9/24/04); granting motion for order establishing conditions of rls pending 10/4/04 hrg (shortened (36-1); order setting conditions of release FILED; release order SIGNED w/att wit/exh list.  cc: USA, FPD, USM,PO |
| 43 - 1 | 09/27/04 | [Re: DEF 1] PLF 1 motion to reopen detention hearing (filed on shortened time). |
| 44 - 1 | 09/27/04 | [Re: DEF 1] AHB Minute Order granting motion to reopen detention hearing (filed on shortened time) (43-1); 9/23-24/04 det hrg is reopened; cont det hrg set 10:00 a.m., 9/28/04.  cc: USA, FPD ,USM, PO |
| 45 - 1 | 09/28/04 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of cont'd det hrg; def remanded to custody of USM; Verna & Paul Reiter relieved as 3rd-pty custodians.  cc: USA, FPD, USM, USPO, Judge Singleton |
| 46 - 1 | 09/30/04 | [Re: DEF 1] JKS Minute Order should the govt wish to stay proceedings in this case they must file a mot due 10/1/04; absent such a motion parties should be prepared to go foraward w/their respective cases on 10/4/04.  cc: USA, FPD |
| 47 - 1 | 09/30/04 | [Re: DEF 1] PLF 1 motion on shortened time to stay proceedings pending appeal. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
                              "USA V ANDREW DAVID GONZALES"

                                  For all filing dates


 Document #   Filed      Docket text

    48 -  1   09/30/04   DEF 1 motion on shortened time for de novo bail review hrg before the
                         district crt.

    49 -  1   10/01/04   [Re: DEF 1] JWS for JKS Minute Order in light of the govt's mot to stay
                         proceedings (47-1) & def's mot for a de novo bail hrg (48-1), the TBJ
                         set for 10/4/04 is moved to 10/5/04 at 9:00 a.m.; at the FPTC set for
                         9:00 on 10/4/04; the parties should be prepared to argue their
                         respective positions re the merits of the govt's mot to stay & def's
                         bail hrg mot. cc: USA, FPD, USM, USP), MJ Branson, JC

    50 -  1   10/01/04   DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time to stay
                         proceedings pending appeal (47-1).

    50 -  2   10/01/04   DEF 1 motion on shortened time to dismiss the Indt w/o prejudice.

    51 -  1   10/06/04   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter]; FPTC hld 10/4/04;
                         granting motion on shortened time to stay proceedings pending appeal
                         (47-1); taking under advisement motion on shortened time for de novo
                         bail review hrg before the district crt (48-1); parties have until
                         10/7/04 to brief the issues re the extent to which crt can consider
                         suppress evidence in ruling on the matter of bail where it is the govt's
                         appeal of suppression mot that triggers the bail application; TBJ set
                         for 10/5/04 is VACATED; status report re status of appeal due 11/3/04.
                         cc: USA, FPD, USM, USPO, JC, MJ Branson

    52 -  1   10/12/04   [Re: DEF 1] Transcript re: hrg on mot for order establishing conditions
                         of release pending the 10/4/04 hrg (dkt # 36) held on 9/23/04.

    53 -  1   10/12/04   [Re: DEF 1] Transcript re: cont hrg on mot for order establishing
                         conditions of release pending the 10/4/04 hrg (dkt # 36) held on
                         9/24/04.

    54 -  1   10/12/04   [Re: DEF 1] Transcript re: cont detention hrg held 9/28/04.

    55 -  1   10/15/04   [Re: DEF 1] PLF 1 Interlocatory appeal to 9CCA of (33-1) filed 09/08/04.
                         cc:USA, FPD, Judge Singleton, 9CCA

  NOTE -  4   10/18/04   Transmittal: Forwarded notice of appeal (55-1) to 9CCA.

  NOTE -  5   10/19/04   Notation (re: Appeal): RESENT CERT CY OF DOC SHEET - CORRECTING DEF'S
                         LOCATION STATUS. DEF IS IN CUSTODY

    56 -  1   10/19/04   PLF 1 Transcript Designation/Order Form re: notice of appeal
                         (55-1)w/order form. cc:ecr

    57 -  1   10/26/04   [Re: DEF 1] Cy 9CCA Time Schedule Order. (55-1) cc:USA, FPD, Judge
                         Singleton, 9CCA (original), ECR

    58 -  1   10/29/04   [Re: DEF 1] JKS Order denying motion on shortened time for de novo bail
                         review hrg before the district crt (48-1). cc: USA, FPD, MJ Branson

    59 -  1   11/03/04   [Re: DEF 1] PLF 1 Report re: appeal.

    60 -  1   11/04/04   [Re: DEF 1] JKS Minute Order re pltf's further status report on appeal
                         or opening apeal brief due 1/14/05. cc: USA, FPD


ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                      Page 4
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
                                    "USA V ANDREW DAVID GONZALES"

                                         For all filing dates


 Document #    Filed     Docket text

     61 -  1  11/09/04   [Re: DEF 1] JKS Minute Order DENIYING AS MOOT re: motion on shortened
                         time to dismiss the Indt w/o prejudice (50-2).  cc: USA, FPD

     62 -  1  11/23/04   [Re: DEF 1] Transcript of evid hrg on mots to suppress (held 7/26/04)
                         re: notice of appeal (55-1).

     63 -  1  11/24/04   [Re: DEF 1] cy 9CCA Certificate of Record. (55-1) cc: USA, FPD, Judge
                         Singleton, 9CCA (original)

     64 -  1  11/24/04   [Re: DEF 1] PLF 1 Updated Status Report on appeal.

   NOTE -  6  05/05/05   Transmittal: Forwarded D.C. record to 9CCA consisting of 2 vols and 1
                         sealed vol w/dkt # 23.

     65 -  1  06/21/05   DEF 1 motion on shortened time for bail review hearing w/att exh.

     65 -  2  06/21/05   DEF 1 motion that bail review hearing be held before the district court
                         w/att exh.

     66 -  1  06/22/05   [Re: DEF 1] JKS Order granting motion on shortened time for bail review
                         hearing (65-1), motion that bail review hearing be held before the
                         district court (65-2); Bail Review hrg set for 6/27/05 at 11:0 a.m. cc:
                         USA, FPD, USM, USPO

     67 -  1  06/29/05   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: bail review hrg
                         (held 6/27/05); cont bail review hrg set 7/5/05 at 4:00 p.m.  cc: USA,
                         FPD, USPO, USM

     68 -  1  07/06/05   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: Cont bail review
                         hrg (held 7/5/05); crt ordered def to be released.  cc: USA, FPD, USM,
                         USPO

     69 -  1  07/06/05   [Re: DEF 1] JKS Copy of Order of Release. cc: USA, FPD, USM, USPO

     70 -  1  08/29/05   [Re: DEF 1] 9CCA Judgment re: notice of appeal (55-1) that the district
                         court's decision is AFFIRMED /att memo. cc: USA, FPD, Judge Singleton

   NOTE -  7  09/08/05   Notation (re: Appeal): D.C. record received from 9CCA consisting of 2
                         vols and 1 sealed vol w/dkt # 23.

     71 -  1  09/08/05   [Re: DEF 1] JKS Minute Order re status hrg set for 9/12/05 at 9:00 a.m.
                         cc: USA, FPD, USM, USPO

     72 -  1  09/13/05   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] RE: Status
                         Hearing (held 09/12/05); Court directed parties to file simultaneous
                         memorandums addressing the propriety of dismissing this matter for
                         failure to prosecute by 10/03/05; defendant not present and in state
                         custody.  CC: USA, FPD, USM, USPO, MJ Roberts.

     73 -  1  10/03/05   [Re: DEF 1] PLF 1 Updated Status Report re: petition for certiorari.

     74 -  1  10/03/05   DEF 1 motion to dismiss indictment for want of prosecution.

     75 -  1  10/05/05   DEF 1 motion to dismiss indictment with prejudice.

     76 -  1  11/08/05   [Re: DEF 1] JKS Minute Order granting motion to dismiss indictment for
                         want of prosecution (74-1), motion to dismiss indictment with prejudice

 ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                       Page 5
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0087--CR (JKS)
"USA V ANDREW DAVID GONZALES"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | (75-1). cc: USA, FPD, USM, USPO, MJ Branson |
| 77 - 1 | 11/10/05 | [Re: DEF 1] JWS Judgment of Discharge dismissed or Other count(s) 1,2,3,4 of the Indictment (1-1). cc: USA, FPD, USM, USPO, MJ Branson, def w/cnsls cy |